UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 08-11375-WRS
                                                         Chapter 7
JOSEPH E. CARR

     Debtor

JOSEPH E. CARR,

     Plaintiff                                Adv. Pro. No. 08-01129-WRS

  v.

DISCOVER BANK,

     Defendant.

## MEMORANDUM DECISION

This Adversary Proceeding comes before the Court upon Plaintiff Joseph E. Carr's Motion for entry of Default Judgment. (Doc. 7). Based upon its review of the record in this Adversary Proceeding, it appears that service of process was made upon the Defendant on December 10, 2008. The Court's record does not indicate that an answer or appearance has been made by the Defendant and Plaintiff's counsel has advised that no answer has been received by him. It appears that Plaintiff's Motion for entry of Default Judgment should be GRANTED. The Court will enter judgment by way of a separate document.

Done this 6th day of February, 2009.

                                                 /s/ William R. Sawyer
                                                 United States Bankruptcy Judge

c: David H. Ward, Attorney for Defendant
   Collier H. Espy, Attorney for Plaintiff